UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION-DETROIT

IN RE:                                                                    Case No. 08-54413
    Eric Burris,                                      Chapter 13
                                                            Hon. Marci B. McIvor

Debtor.
_____/

CHRISTOPHER E. FRANK (P67169)
Attorney for DEBTOR
117 W. 4TH Street, Ste 201
Royal Oak, MI 48067
(248) 677-7445
_____/

**<u>EX-PARTE MOTION FOR EXPEDITED HEARING
REGARDING DEBTOR'S MOTION TO SHOW CAUSE</u>**

Debtors, through his counsel, Christopher E. Frank, for his ex-parte motion for expedited hearing states as follows:

    1.    Debtor filed for relief under Chapter 13 on or about June 25, 2008.

    2.    At the time of said filing the Debtor was indebted to Laila Salem ("Creditor" herein), upon a State Court Judgment for Breach of Rental Contract, having a balance of approximately $9,100.00.

    3.    Debtor's wages were garnished pursuant to the Judgment in the amount of $764.83.

    4.    Debtor filed a Motion to Compel Turnover of the Garnished Monies and for Sanctions on July 15, 2008 against Creditor and/or Creditor's Counsel, Freddy E. Sackllah. (Docket number 34).

    5.    Creditor failed to respond to Debtor's Motion and this Court entered an Order Compelling Creditor and/or Creditor's Counsel to remit $764.83 in garnished wages, $500.00 in costs within 10 (ten) days, and an additional $1,000.00 in sanctions would be imposed.

6. Creditor has failed to remit any funds to the Debtor or Debtor's counsel as of September 9, 2008.

Wherefore Debtors requests this matter be set for a hearing on an expedited basis.

Dated: September 11, 2008

    /s/ Christopher E. Frank
Christopher E. Frank (P67169)
Bankruptcy Management Group
117 W Fourth Street, Ste 201
Royal Oak, MI 48067
(248) 677-7445
cfrank@bankruptcymanagementgroup.com