UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTER DIVISION-DETROIT

IN RE:  Case No. 08-54413
    Eric Burris,  Chapter 13
 Hon. Marci B. McIvor

Debtor.
_____/

CHRISTOPHER E. FRANK (P67169)
Attorney for DEBTOR
117 W. 4TH Street, Ste 201
Royal Oak, MI 48067
(248) 677-7445
_____/

## EX-PARTE ORDER FOR EXPEDITED HEARING REGARDING DEBTOR'S MOTION TO SHOW CAUSE

    Debtors, through his counsel, Christopher E. Frank, filed an Ex-Parte Motion to Show Cause regarding Debtor's Motion To Show Cause, the Court, being fully advised of the facts enters this order.

    IT IS HEREBY ORDERED

1. Debtor's ex-parte motion for expedited hearing is hereby **GRANTED**.

2. A hearing shall be held on September 16, 2008 at 9:00AM before the Honorable Judge McIvor, Room 1875, 211 West Fort Street, Detroit, Michigan.

3. Debtor's counsel shall serve a true copy of this Order upon the Chapter 13 Trustee and Debtors, via electronic notice or first class mail.

    .

**Signed on September 12, 2008**
                                  **/s/ Marci B. McIvor**
                                  **Marci B. McIvor**
                                  **United States Bankruptcy Judge**